# PARSON & WALLENSTEIN
## ATTORNEYS AT LAW

220 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501
516-742-5600
FAX 516-742-5040

January 4, 2006

**VIA FACSIMILE & ECF (718) 260-4538**

Honorable Raymond J. Dearie
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 19 2006 ★

**BROOKLYN OFFICE**

Re: USA v. Dehaven McCrae
Docket Number: 05 CR 725(RJD)

Dear Judge Dearie:

This will confirm my conversation with your chambers regarding the adjournment of the status conference in the above matter, scheduled for January 13, 2006 at 9:30 AM. I have spoken to Assistant United States Attorney David Bitkower, and he consented to this adjournment. I have also spoken with co-counsel Lloyd Epstein, Esq. and he also consented to this adjournment. Therefore, we respectfully request that the status conference herein be adjourned to January 27, 2005 at 12:00 PM.

Thank you for your courtesy.

Respectfully yours,

JOHN S. WALLENSTEIN

JSW/Jmt

cc: AUSA David Bitkower
    Lloyd Epstein, Esq.

Request Granted
So Ordered.

s/Raymond Dearie

1/9/06